# Third District Court of Appeal

## State of Florida

Opinion filed January 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-738
Lower Tribunal No. F16-22026
_____

**Isaiah Gray,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Isaiah Gray, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, SCALES, and MILLER, JJ.

PER CURIAM.

Affirmed.